IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORENZO JOHNSON,

               Plaintiff,

  v.

EDWARD F. WALL, DEIRDRE MORGAN,
CATHY A. JESS, WILLIAM POLLARD and
MR. GREFF,

               Defendants.

ORDER

13-cv-113-wmc

---

LORENZO JOHNSON,

               Plaintiff,

  v.

LT. WIENSLO, LT. SABISH,
LT. SCHENERDER, SGT. BORAH,
C.O. 2 LUNDHA, C.O.2 GILLS,
MR GREFF and C.O. 2 BEAHN,

               Defendants.

ORDER

13-cv-114-wmc

---

Plaintiff Lorenzo Johnson, a prisoner at Waupun Correctional Institution in Waupun, Wisconsin, has submitted two proposed complaints. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaints were filed on February 10, 2013. His trust fund account statement should cover the six-month period beginning approximately August 10, 2012 and ending approximately February 10, 2013. Once plaintiff has submitted the necessary statement, I will

calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Lorenzo Johnson may have until March 15, 2013, in which to submit a certified copy of his trust fund account statement for the period beginning approximately August 10, 2012 and ending approximately February 10, 2013. If, by March 15, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 21st day of February, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge