IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORENZO JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

13-cv-113-wmc

v.

EDWARD F. WALL, DEIRDRE MORGAN, CATHY A. JESS, WILLIAM POLLARD and BRIAN GREFF,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff Lorenzo Johnson leave to proceed and dismissing his claims against Edward F. Wall, Deirdre Morgan and William Pollard; and

    (2) granting summary judgment in favor of Cathy A. Jess and Brian Greff and dismissing this case.

| /s/ | 12/18/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |